Miltitades Mandros
4096 Piedmont Avenue
Oakland, CA 94611
Telephone: (510) 654-3800
Miltiades.mandros@yahoo.com

Plaintiff, Self-Represented



FILED
NOV 17 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MILTIADES MANDROS,

    Plaintiff,

vs.

GREG HOFF,

    Defendant.

Case No.: CV23 5956 Rita F. Lin

**COMPLAINT:**

**(1) COPYRIGHT INFRINGEMENT**

**JURY TRIAL DEMANDED**

## INTRODUCTION

1. This is an action by MILTIADES MANDROS (herein after "Plaintiff" or "Mandros") to recover damages arising from infringement of Mandros copyrights in his architectural/design drawings by Defendant GREF HOFF (hereinafter "Defendant" or

1

"Hoff"), and to enjoin Defendant from future infringement.

## THE PARTIES

2. Plaintiff, Miltiades Mandros is a licensed architect with principal place of business located at 4096 Piedmont Avenue, #146 Oakland, California 94611.

3. Defendant, Greg Hoff is the property manager for Victoria Associates #2, LP, with principal place of business located at 6226 La Salle Avenue, Oakland, California 94611.

## JURISDICTION

4. This is an action for copyright infringement arising under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 et seq. Architectural drawings, including blueprints, plans, and drawings, have historically enjoyed copyright protection under the general category of "pictorial, graphic, and sculptural works" in the Copyright Act. The Court has subject matter jurisdiction under 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a).

5. The Court has personal jurisdiction over Defendant. Defendant Hoff resides in this District. Moreover, Defendant Hoff conducts business in this District. In light of the foregoing Defendant Hoff is subject to personal jurisdiction in this District.

## VENUE

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391b and 1400.

## FACTS COMMON TO ALL COUNTS

7. Plaintiff Mandros is a licensed architect and Principal of Miltiades Mandros Design Studio.

2

8. On or about [date], Mandros entered into a Personal Service Agreement with Hoff to produce a set of drawings to cure a "stop work order" for illegal plumbing work for the property located at the property located at 2973 Shattuck Avenue in Berkley, California. Pursuant to the Personal Service Agreement the finished drawings would be complete enough to submit to the building department for permit approval and detailed enough to allow construction by the owners and/or their designated subcontractors. Moreover, the Personal Service Agreement provided that the designer (Mandros) would be the final arbiter in terms of design & aesthetic decisions.

9. The Personal Service Agreement also contained the following language under the heading "Work Product: Use of the Designer's Instruments of Service"

> "The project drawings, specifications, and other documents prepared by Miltiades Mandros are instruments of service for use solely with respect to this project. Unless otherwise agreed, Miltiades Mandros shall be deemed the author and owner of these documents and shall retain all common law, statutory and other reserved rights, including the copyright. The Owner is granted a nonexclusive license to use these instruments of service and shall be permitted to retain copies, including reproducible copies, of Miltiades Mandros' drawings, specifications, and other documents for information and reference in connection with the Owner's use and occupancy of the project. However, Miltiades Mandros' drawings, specifications, and other Documents shall not be used by the Owner, or others on other projects, for additions to this project, or for completion of this project by others, except by agreement in writing and with appropriate compensation to Miltiades Mandros."

10. Pursuant to the Personal Service Agreement Mandros produced drawings consisting of the installation of a bathroom compliant with the Americans with Disabilities Act ("ADA") and the demolition of the existing storefront, to be replaced with an ADA-compliant entry.

3

11. After submission of the drawings Mandros provided detailed responses on several occasions to inquiries from the City of Berkley Department of Building & Safety.

12. On or about [date], Hoff approached Mandros and asked him to produce modifications to his drawings for submission to the City of Berkely Department of Building & Safety. In response, Mandros informed Hoff that pursuant to the Personal Service Agreement additional compensation was required for such work. The Personal Service Agreement under the heading "Additional Services/Change Orders" contains the following language:

> "Any changes to the Scope of Services listed under item #1 above shall binding only if agreed to by both parties in the form of a written change order signed by both parties. The rate of my professional services for additional work is $150.00/hr."

13. Hoff refused to execute a written change order agreeing to Mandros rate of compensation for additional work.

14. On or about [date], Mandros learned that Hoff had modified his drawings and submitted them to the City of Berkley Department of Building & Safety for approval. Moreover, Mandros learned that Hoff removed his name from the submitted drawings.

15. On or about [date], Mandros went to the City of Berkely Department of Building & Safety Offices where he was allowed to "view" the modified drawings submitted by Hoff. Mandros was informed by the City of Berkely Department of Building & Safety that the modified drawings submitted by Hoff were returned for

4

corrections, and Hoff could resubmit them at a later time.

16. Mandros informed the Building & Safety Official that Hoff had modified his drawings and removed his name prior to submission. The Building & Safety Official informed Mandros that without a court injunction prohibiting such action, the Department of Building & Safety was obligated to accept the drawings from Hoff for consideration upon refiling.

## FIRST CAUSE OF ACTION

### (Copyright Infringement)

17. Plaintiff repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 16, inclusive.

18. Mandros is the owner of the architectural designs for the property located at 2973 Shattuck Avenue in Berkley, California consisting of drawings for the installation of a bathroom compliant with the Americans with Disabilities Act ("ADA") and the demolition of the existing storefront, to be replaced with an ADA-compliant entry.

19. Hoff has infringed Mandros' copyright by modifying Mandros' drawings, removing Mandros' name from his drawings, and then submitting the modified drawings to the City of Berkley Department of Building & Safety for approval.

20. Hoff's infringement activity has caused Mandros to suffer damages in an amount to be proven at trial.

21. Mandros is entitled to injunctive relief to prevent further infringement,

22. Mandros is entitled to recover his costs and attorney's fees in this action.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. A declaration that Defendant has infringed Plaintiff's copyright;

2. An injunction prohibiting Defendant from further infringing Plaintiff's copyright;

3. An award of damages to Plaintiff in an amount to be determined at trial;

4. An award of Plaintiff's costs and attorney's fees in this action; and

5. Such other relief as the Court deems just and proper.

Dated: November 15, 2021

                                                MILTIADES MANDROS.
                                                Plaintiff, Self-Represented